19-2423

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - CLEVELAND**

| | |
|---|---|
| **In re** | **CHAPTER 7 BANKRUPTCY** |
| **Ted A. Bryant**<br>**Susan J. Bryant** | **Case No. 19-17163** |
| | **Judge: JESSICA E. PRICE SMITH** |
| **Debtors** | **<u>NOTICE OF AMENDED MOTION FOR RELIEF FROM STAY</u>** |

  Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter, "Movant") has filed papers with the Court seeking relief from the automatic stay under Section 362 of the Bankruptcy Code.

  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

  If you do not want to the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before February 5, 2020, you or your attorney must:

File with the Court a written request for hearing and a written response setting for the specific grounds for objection at:

United States Bankruptcy Court
Howard M. Metzenbaum U.S. Court House, Room 2B
201 Superior Ave.
Cleveland, OH 44114

If you mail your request and response to the Court for filing, you must mail it early enough so the court will receive it **before** the date stated above.

You must also mail a copy to:

Phyllis A. Ulrich
Christopher P. Kennedy
Attorneys for Movant
24755 Chagrin Blvd.,
Cleveland, OH 44122-5690

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion, and may enter an Order granting that relief.

Date: January 15, 2020

*/s/ Phyllis A. Ulrich*
Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
By:  Phyllis A. Ulrich (0055291)
      Christopher P. Kennedy (0074648)
24755 Chagrin Blvd.,
Cleveland, OH 44122-5690
(216) 360-7200 Phone
(216) 360-7212 Facsimile
bankruptcy@carlisle-law.com
Attorneys for Movant:
Nationstar Mortgage LLC d/b/a Mr. Cooper

# CERTIFICATE OF SERVICE

I certify that on January 15, 2020, a true and correct copy of Nationstar Mortgage LLC d/b/a Mr. Cooper's Notice of Amended Motion for Relief from Stay was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Debra E. Booher, on behalf of Ted A. Bryant and Susan J. Bryant, debtors, at charlotte@bankruptcyinfo.com
    Virgil E. Brown, Jr., on behalf of the Chapter 7 Trustee's office, at virgil@vebtrustee.com
    Office of the United States Trustee, at (registered address)@usdoj.gov

And by regular U.S. Mail, postage paid, on:

    Ted A. Bryant and Susan J. Bryant, Debtors, 1011 S. Belvoir Boulevard, South Euclid, OH 44121
    Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541

    */s/ Phyllis A. Ulrich*
    Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
    By: Phyllis A. Ulrich
        Christopher P. Kennedy